

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2015

No. 04-15-00128-CR

**IN RE** Eduardo **TREVINO**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Sandee Bryan Marion, Chief Justice
             Marialyn Barnard, Justice
             Patricia O. Alvarez, Justice

On March 9, 2015, relator Eduardo Trevino filed a petition for writ of mandamus complaining of the trial court's failure to rule on a pending motion. Because it appears relator has attempted to file his motion and request a ruling, this court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b); *see also In re Ramirez*, 994 S.W.2d 682, 683 (Tex. App.—San Antonio 1998, orig. proceeding) (discussing trial court's ministerial duty to give consideration to and rule upon a pending motion). **The respondent and the real parties in interest may file a response to the petition in this court no later than April 7, 2015.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on March 17, 2015.

PER CURIAM

ATTESTED TO: _____
             Keith E. Hottle
             Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 1999CR4085, 1999CR6204, and 1999CR6205, each styled *The State of Texas v. Eduardo Trevino*, pending in the 144th Judicial District Court, Bexar County, Texas, the Lorina I. Rummel presiding.